IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS H. FUTCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 1:16-cv-03172-TWT |
| 4639, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, THOMAS H. FUTCH, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice and without fees or costs to any party.

Dated: November 28, 2016.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
1123 Zonolite Road, N.E., Suite 7-A
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480

1

craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on November 28, 2016, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia.  A true and correct copy of the foregoing was also sent to the following via electronic mail as indicated:

William Strickland, Esq.
Strickland & Schwartz, LLC
2200 Century Parkway, N.E., Suite 1050
Atlanta, Georgia 30345
Tel: (404) 296-6692
Fax: (404) 296-6045
wds@stricklandschwartz.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich